UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JUSTIN CARR                                              CASE NO. 9:25-cv-81617-DMM
*individually and on behalf of all
others similarly situated*,

      Plaintiff,

v.

YACOOB'S HEALTH GROUP LLC,

      Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR EXTENSION OF TIME**

Plaintiff, JUSTIN CARR ("Plaintiff"), and Defendant, YACOOB'S HEALTH GROUP LLC ("Defendant"), by and through their undersigned counsel, hereby give notice to the Court that they have reached a settlement in principle of this matter and are in the process of formalizing a confidential written settlement agreement.

1. The parties respectfully request fourteen (14) days to finalize the settlement papers and will file the appropriate dismissal papers when due under the settlement agreement.

2. The parties further jointly request that the Court grant an extension of time for Defendant to file a response to the Complaint. The Defendant's response is currently due on Friday, January 16, 2026. Accordingly, Defendant requests an extension until such date as Plaintiff files a notice of dismissal with prejudice in accordance with the terms of the settlement agreement.

Dated: January 14, 2026                               Respectfully submitted,

| **ATHERTON GALARDI MULLEN & REEDER PLLC** <br> 1641 Worthington Rd., Suite 100 | **THE LAW OFFICES OF JIBRAEL S. HINDI** <br> 1515 NE 26th St |
|---|---|

| | |
|---|---|
| West Palm Beach, Florida 33409<br>Telephone: (561) 293-2530<br>Facsimile: (561) 293-2593<br><br>By: */s/ Scott Atherton*<br>Scott W. Atherton (FBN 0749591)<br>Terence M. Mullen (FBN 191957)<br>scott@athertonlg.com<br>terence@athertonlg.com<br>cvargas@athertonlg.com<br>e-service@athertonlg.com<br>***Attorneys for Defendant*** | Wilton Manors, FL  33305<br>Telephone: (813) 340-8838<br><br><br>By:  */s/ Mitchell D. Hansen*<br>Zane Charles Hedaya<br>Gerald Donald Lane, Jr.<br>Mitchell D. Hansen<br>zane@jibraellaw.com<br>gerald@jibraellaw.com<br>mitchell@jibraellaw.com<br>***Attorneys for Plaintiff*** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel in the below Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

**By:  */s/  Scott W. Atherton***
SCOTT W. ATHERTON
Florida Bar No. 0749591

**SERVICE LIST**

Zane Charles Hedaya
Gerald Donald Lane, Jr.
Mitchell D. Hansen
**The Law Offices of Jibrael S. Hindi**
1515 NE 26th St
Wilton Manors, FL  33305
Telephone: (813) 340-8838
zane@jibraellaw.com
gerald@jibraellaw.com
mitchell@jibraellaw.com
*Attorneys for Plaintiff*