UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-81617-CV-MIDDLEBROOKS

JUSTIN CARR,

    Plaintiff,

v.

YACOOB'S HEALTH GROUP, LLC

    Defendant

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice as to Defendant Gregory Jones, filed January 29, 2026. (DE 11). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither.

Accordingly, it is **ORDERED and ADJUDGED** that:

1) This case is **DISMISSED WITH PREJUDICE**.

2) The Clerk shall **CLOSE** the case.

3) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this ___ day of Feb, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE